# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 24-CR-20012 |
| v. ) | |
| ) | |
| MARTINEZ BRADLEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER APPROVING MAGISTRATE JUDGE RECOMMENDATION

On December 5, 2024, a Report and Recommendation Concerning Plea of Guilty (#114) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. This court therefore accepts the recommendation of the Magistrate Judge. Accordingly, Defendant Martinez Bradley's plea of guilty as to Counts 1 through 4 of the Indictment (#7) is accepted and Defendant is adjudged guilty on those counts. The court orders that a pre-sentence investigation report be prepared. A sentencing hearing remains set for April 7, 2025, at 3:00 pm before this court.

ENTERED this 20th day of December 2024.

s/ *Colin S. Bruce*
COLIN S. BRUCE
U.S. DISTRICT JUDGE